UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LINFO IP, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, LLC,<br><br>　　　　Defendant. | § § § § § § § § § § § § §　　CIVIL NO. W-22-CV-01287-ADA |

# FINAL CLAIM CONSTRUCTIONS OF THE COURT

The Court provided preliminary constructions on February 2, 2024. The Court held a claim construction hearing on February 2, 2024, in which the Court heard argument on the following claim terms: (1) "obtaining, by a computer system, a text content comprising one or more words or phrases [or sentences]," (2) "first semantic attribute and second semantic attribute," (3) "attribute type or attribute value," (4) "identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute" / "identify, in the text content, a word or a phrase associated with the user-specified or user-desired attribute," and (5) "actionable user interface object." ECF No. 33. After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below. The Court will provide a supplemental claim construction order at a later date.

| Claim Term | Court's Final Construction |
|---|---|
| **"obtaining, by a computer system, a text content comprising one or more words or phrases [or sentences]"**<br><br>'428 Claims 1 and 14 | Plain and ordinary meaning. |

| | |
|---|---|
| **"first semantic attribute and second semantic attribute"**<br><br>'428 Patent Claims 1-3, 5, 14-17 | "the meaning of a word or phrase, wherein the first semantic attribute is different from the second semantic attribute." |
| **"attribute type or attribute value"**<br><br>'428 Patent Claims 1 and 14 | Plain and ordinary meaning. |
| **"identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute" / "identify, in the text content, a word or a phrase associated with the user-specified or user-desired attribute"**<br><br>'428 Patent Claims 1 and 14 | Plain and ordinary meaning. |
| **"actionable user interface object"**<br><br>'428 Patent Claims 1 and 14 | "a user interface object that enables users to specify which semantic attribute is desired for display or extraction and is associated with a name of said semantic attribute." |
| **"user-specified or user-desired attribute"**<br><br>'428 Patent Claims 1 and 14 | "semantic attribute that the user selects via the actionable user interface object." |
| **"threshold value of importance of a word or phrase in representing a topic or information focus"**<br><br>'428 Patent Claims 5 and 17 | Plain and ordinary meaning. |

**SIGNED** this 2nd day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2